Hall, Judge.
 

 Whether the
 
 scire facias
 
 issued regularly in this, case, or whether the judgment was regularly entered up upon it, this Court cannot enquire. While it continues in force, it is binding upon the parties ; it can only be. reversed by a writ of error ; it has been pronounced by a Court as stable, and as strongly constituted by the Constitution and laws of the country, as the Court we sit in, and it is a Court top of competent jurisdiction.
 

 
 *28
 
 As to the second objection, it may be observed, that when an execution is returned, it becomes part of the
 
 i'
 
 . - 1 , record of the suit, and a copy of it, when properly authenticated, may as properly be given in evidence as a copy of any other record. I therefore think the rule for a new trial should be discharged.
 

 And of this opinion was the rest of the Court.